EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3753
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 6 2003

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff,     vs.  LANI L. HANSEN,            Defendant. | CR. NO. CR03 00188 DAE  INDICTMENT  18 U.S.C. § 2252 [Sexual Exploitation of  Children] |

INDICTMENT

The Grand Jury charges that:

From on or about April 23, 2002, and continuing to on or about January 30, 2003, in the District of Hawaii, LANI L. HANSEN did knowingly possess a matter, namely, a computer hard drive, which contained visual depictions of minors engaged in sexually explicit conduct, with LANI L. HANSEN then knowing that the production of such visual depictions involved the use of

minors engaged in sexually explicit conduct, and that such depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

   In violation of Title 18, United States Code, section 2252(a)(4).

   DATED: Honolulu, Hawaii, April 16, 2003.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Lani L. Hansen</u>
"Indictment"
Cr. No. _____